IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

RONALD MAX STRICKLAND, )
    Plaintiff )
)
vs. ) Civil Action No. 4:16-cv-52
)
CATINA SMITH LETCHWORTH )
STRICKLAND, PHYLLIS HORTON )
AND T. ROWE PRICE RETIREMENT )
PLAN SERVICES, INC., )
    Defendants. )
_____ )

ORDER GRANTING PLAINTIFF'S MOTION TO WAIVE RULE 5.2 ELECTRONIC FILING

This matter being heard by the undersigned Chief U.S. District Court Judge on Plaintiff's Motion To Waive Rule 5.2 Electronic Filing; and

It appearing to the Court that good cause exists for granting Plaintiff's Motion based on the circumstances and the filing time deadline requirements; and that Plaintiff's Motion To Waive Rule 5.2 Electronic Filing should be allowed;

IT IS THEREFORE ORDERED that Plaintiff is hereby allowed to manually file the Notice of Appearance and Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3 Disclosure Statement required to be filed on or before May 5, 2016.

IT IS SO ORDERED.

This the  2 5   day of May, 2016.

                                                                        Hon. James C. Deaver, III
                                                                        Chief U.S. District Court Judge