IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION NO. 4:16-cv-52

| | |
|---|---|
| RONALD MAX STRICKLAND,<br>Plaintiff<br><br>vs.<br><br>CATINA SMITH LETCHWORTH<br>STRICKLAND, PHYLLIS HORTON<br>AND T. ROWE PRICE RETIREMENT<br>PLAN SERVICES, INC.,<br>Defendants. | **ORDER GRANTING PLAINTIFF'S<br>MOTION TO WAIVE RULE 5.2<br>ELECTRONIC FILING** |

This matter being heard by the undersigned Chief U.S. District Court Judge on Plaintiff's Motion To Waive Rule 5.2 Electronic Filing; and

It appearing to the Court that good cause exists for granting Plaintiff's Motion based on the circumstances and the Plaintiff's desire to enter a Voluntary Dismissal Without Prejudice as to all pending claims in this cause of action;

IT IS THEREFORE ORDERED that Plaintiff is hereby allowed to manually file the Notice Of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

SO ORDERED. This 25 day of May 2016.

JAMES C. DEVER III
Chief United States District Judge